UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF COLE,
    Plaintiff,

Case No.: 2:06-cv-13688

vs.

Hon. Patrick J. Duggan

HARMAN CORPORATION and
ADMINISTRATIVE EMPLOYER SERVICES,
Jointly and Severally,
    Defendants.
_____/

| | |
|---|---|
| JOSEPH A. GOLDEN (P14105) | TOVA SHABAN (P38392) |
| BETH M. RIVERS (P33614) | STUART M. SCHWARTZ (P62752) |
| PITT, McGEHEE, PALMER, RIVERS & | SEYBURN, KAHN, GINN, |
| GOLDEN, P.C. |   BESS & SERLIN, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 117 W. Fourth Street, Suite 200 | 2000 Town Center, Suite 1500 |
| Royal Oak, MI 48067 | Southfield, MI 48075 |
| (248) 398-9800 | (248) 353-7620 |

_____/

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

At a session of said Court, held in the City of Detroit, County of Wayne, State of Michigan on April 9, 2008.

PRESENT:   HON._PATRICK J. DUGGAN
                  U.S. DISTRICT COURT JUDGE

The parties, through their respective counsel, having stipulated to the entry of this Order, and the Court being more fully advised in the premises:

IT IS HEREBY ORDERED THAT the above-entitled matter shall be dismissed with prejudice.

                                  s/Patrick J. Duggan
                                  Patrick J. Duggan
                                  United States District Judge

Dated: April 9, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 9, 2008, by electronic and/or ordinary mail.

                                         s/Marilyn Orem
                                         Case Manager

So Stipulated:


s/ with consent of Joseph A. Golden
Joseph A. Golden (P14105)
Beth M. Rivers (P33614)
Attorney for Plaintiff


s/Tova Shaban
Tova Shaban (P38392)
Stuart M. Schwartz (P62752)
Attorneys for Defendants